Chad L. Belville
AZ Bar 020771
4742 N. 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-291-6953
Email: cbelville@azbar.org
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Zero Tolerance Entertainment, Inc., a California Company, and Third Degree Films Inc., a California Company, and Black Ice Ltd., a California Company,<br><br>Plaintiffs,<br><br>v.<br><br>IG Media Inc. and International Media Ltd. dba YouJizz.com, JizzHut.com, and JizzOnline.com, and OnlyJizz.com, and MoviesGuy.com, and JizzBo.com, and HotFunHouse.com , and Igor Gens, and DOES 1-10 inclusive and, DOE COMPANIES 1-100 inclusive;<br><br>Defendants. | **No. 2:12-cv-01317-JWS**<br><br><br>NOTICE OF FILING COPYRIGHT, TRADEMARK, OR PATENT INFORMATION |

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff has submitted for filing the trademark and copyright information requested in the Court's Minute Order of September 13, 2012 (Doc 6) regarding this case.

An itemized list consisting of each trademark that is the subject of this litigation, the date of each trademark, and the holder of the trademark; and each registration number for the copyrights that are the subject of the litigation, the title of the works for each copyright, and the author or authors for each copyright, is attached to this notice and submitted for filing herein.

DATED:  September 12, 2012          Respectfully submitted,

By:  /s/ Chad L. Belville
Chad Belville, Attorney at Law
*Arizona Bar 020771*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone:  602-904-5485
FAX:  602-297-6953
E-mail cbelville@azbar.org

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, Chad Belville, do hereby certify that on September 18, 2012, a copy of this document was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad Belville