# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Zero Tolerance Entertainment Incorporated, *et al.*    v.    IG Media Incorporated, *et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 2:12-cv-01317-JWS

PROCEEDINGS: **ORDER FROM CHAMBERS**     Date: November 8, 2012

    This case is dismissed without prejudice. *See* Fed. R. Civ. P. 4(m) and the order at docket 7. The Clerk will please close this file.