# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Zero Tolerance Entertainment Incorporated, et al., | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Plaintiffs, | CV-12-1317-PHX-JWS |
| v. | |
| IG Media Incorporated, et al., | |
| Defendant(s). | |

\_\_\_\_   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 9, 2012, judgment of dismissal is entered. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

BRIAN D. KARTH
District Court Executive/Clerk

November 9, 2012

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)